**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Aerospace Precision, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 52-2084166 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 187 McGrew Dr | |
| Number       Street | Number       Street |
| | P.O. Box |
| Burlington          NC    27215 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Alamance County | |
| County | Number       Street |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Aerospace Precision, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4581

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- ☐ A plan is being filed with this petition.

- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes.

| District | When | Case number |
|---|---|---|
| S.D. Florida | 10/24/2021 MM / DD / YYYY | 21-20198-PDR |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.

| Debtor _____ | Relationship _____ |
|---|---|
| District _____ | When _____ MM / DD / YYYY |
| Case number, if known _____ | |

| Debtor | Aerospace Precision, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| _____ |
| City | State | ZIP Code |

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Aerospace Precision, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/20/2022
              MM  / DD / YYYY

✘ /s/ Lee Booth
Signature of authorized representative of debtor

Lee Booth
Printed name

Title  Accountable Manager

---

**18. Signature of attorney**

✘ /s/ William Kroll
Signature of attorney for debtor

Date   01/20/2022
       MM  / DD / YYYY

William Kroll
Printed name

Everett Gaskins Hancock LLP
Firm name

220 Fayetteville Street 300
Number        Street

Raleigh
City

NC
State

27601
ZIP Code

9197550025
Contact phone

bill@eghlaw.com
Email address

39149
Bar number

NC
State

---

## **RESOLUTION AUTHORIZING THE FILING FOR BANKRUPTCY REORGANIZATION**

The undersigned, constituting the majority of shareholder(s) of Aerospace Precision, Inc. (the "Corporation"), do hereby consent to and adopt the following resolution:

WHEREAS, the Corporation is currently unable to pay its debts as they become due;

WHEREAS, the Corporation is at material risk from creditor enforcement actions;

WHEREAS, the undersigned believe that it is in the best interests of the Corporation to pursue a voluntary Chapter 7 bankruptcy proceeding to under the federal bankruptcy laws to ensure an orderly process, obtain the best outcome for the disposition of its personal property; and

WHEREAS, the undersigned agrees to and ratifies the retention of counsel of William Kroll, Esq of Everett Gaskins Hancock LLP to assist the Corporation in the preparation of said Chapter 7 bankruptcy.

NOW, THEREFORE, it is

RESOLVED, that the Corporation file Chapter 7 under the federal bankruptcy laws, and the Corporation is hereby authorized and directed to take such action and execute and file such documents as it may deem necessary, desirable or advisable to effectuate the foregoing, and it is further

RESOLVED, that the Corporation authorizes the Manager and Majority Stockholder, Lee Booth (the "Authorized Officer") to execute and file on behalf of the Corporation all petitions, schedules, statements, lists and other motions, papers or documents, as may be beneficial to the Corporation, requested by counsel for the Corporation or as otherwise may be appropriate in connection with the bankruptcy of the Corporation, and to take any and all action deemed necessary or proper to obtain such relief, including without limitation, any action necessary to maintain the ordinary course of operation of the Corporation, and it is further

RESOLVED that the Authorized Officer be, and hereby is, authorized and directed to employ the law firm of Everett Gaskins Hancock LLP as bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including any pleadings and petitions for relief, and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Everett Gaskins Hancock LLP.. and it is further

RESOLVED that the Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

RESOLVED, that the Authorized Officer be, and hereby is, authorized and directed to close any existing bank accounts.

NOW, THEREFORE, BE IT RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer hereby is authorized, directed, and empowered, in the name of and on behalf of the Corporation to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in the case, as shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions, and it is further

RESOLVED that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the undersigned has hereunto executed this Resolution dated as of this 18th day of January, 2022.

Lee Booth as and for

Manager, Majority Stockholder

**Fill in this information to identify the case and this filing:**

Debtor Name ___Aerospace Precision, Inc.___

United States Bankruptcy Court for the: ___Eastern District of North Carolina___

Case number (*If known*): _____

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _01/20/2022_
         MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

_____
Printed name

_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      Aerospace Precision, Inc.

United States Bankruptcy Court for the:   Eastern District of North Carolina

(State)

Case number (If known):   _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* .................................................................

$ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................

$ 1,087,200.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* .................................................................

$ 1,087,200.00

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

$ 3,100,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

$ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................................

+$ 1,294,056.85

4. **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b

$ 4,394,056.85

**Fill in this information to identify the case:**

Debtor name _Aerospace Precision, Inc._

United States Bankruptcy Court for the: _Eastern District of North Carol_ina

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $_____

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

Debtor    Aerospace Precision, Inc.
                Name                                                                                    Case number (if known)_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➜    $_____
                                                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➜    $_____
                                                        face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

### Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor ___Aerospace Precision, Inc._____   Case number *(if known)*_____
          Name

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> Steel, Chemicals | 07/01/2020 <br> MM / DD / YYYY | $ 100,000.00 | Cost | $ 100,000.00 |
| **20. Work in progress** <br> Repairs of Parts | 07/01/2020 <br> MM / DD / YYYY | $ 400,000.00 | Quoted | $ 400,000.00 |
| **21. Finished goods, including goods held for resale** <br> Tooling | 07/01/2020 <br> MM / DD / YYYY | $ 75,000.00 | Quoted | $ 75,000.00 |
| **22. Other inventory or supplies** <br> Miscellaneous | 07/01/2020 <br> MM / DD / YYYY | $ 25,000.00 | Cost | $ 25,000.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                        $ 600,000.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    Aerospace Precision, Inc.
          Name                                                           Case number *(if known)*

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** <br> Furniture | $ 100,000.00 | Cost | $ 100,000.00 |
| 40. **Office fixtures** <br> Office fixture | $ 10,000.00 | Cost | $ 10,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office computer, equipment | $ 100,000.00 | Cost | $ 100,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $ 210,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    Aerospace Precision, Inc.
_____
Name

Case number (if known)_____

---

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2013 Chrysler 300; VIN #2C3CCABG1DH506463; 118,287 miles | $ 9,575.00 | NADA Average Trade | $ 9,575.00 |
| 47.2  2005 DODGE 2500 SPRINTER; VIN #WD2PD644X55752634; 17,21 | $ 5,000.00 | | $ 5,000.00 |
| 47.3  2006 Toyota Tundra; VIN #5TBET34186S540289; 44,126 MILES | $ 7,625.00 | NADA Average Trade | $ 7,625.00 |
| 47.4  2005 FREIGHTLINER SHC 2500 SPRINTER; VIN #WD2PD6441557 | $ 5,000.00 | | $ 5,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Warehouse and Transportation Equipment, Vehicles | $ 250,000.00 | Cost | $ 250,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 277,200.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   Aerospace Precision, Inc.
         Name

Case number (if known)_____

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** Website: https://aerospace-precision-inc.business.site/ | $_____ | _____ | Unknown $_____ |
| 62. **Licenses, franchises, and royalties** FAA Repair Station Certificate (License) | $_____ | _____ | Unknown $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor     Aerospace Precision, Inc.            Case number *(if known)*_____
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➡  $_____
                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Claims against Jenna Property Holdings, LLC   $ Unknown

| Nature of claim | Breach of settlement agreement and t |
|---|---|
| Amount requested | $ 0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

| Nature of claim | _____ |
|---|---|
| Amount requested | $_____ |

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

Tax Loss Carry Forward ($8,500,000)   $ Unknown

Accounts Receivable   $ Unknown

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor ___Aerospace Precision, Inc._____     Case number _(if known)_____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 600,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 210,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 277,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,087,200.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................     1,087,200.00 .................     $ 1,087,200.00

**Fill in this information to identify the case:**

Debtor name ___Aerospace Precision, Inc.___

United States Bankruptcy Court for the: ___Eastern District of North Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Broward County Tax Collector | Describe debtor's property that is subject to a lien<br>Warehouse and Transportation Equipment, Vehicles, Steel, Chemicals, Tooling, Miscellaneous, Office computer, equipment, Office fixture, Furniture | $ Unknown | $ 660,000.00 |

**Creditor's mailing address**

Attn: Manager, Officer, Agent

115 S Andrews Ave Room A100, Fort Laud

**Creditor's email address, if known**

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred** _____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

☐ Contingent
☐ Unliquidated
☐ Disputed

Broward County Tax Collector, 1st;
Jenna Property Holdings, LLC, 1st

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>Jenna Property Holdings, LLC | Describe debtor's property that is subject to a lien<br>Warehouse and Transportation Equipment, Vehicles, Steel, Chemicals, Tooling, Miscellaneous, Office computer, equipment, Office fixture, Furniture | $ Unknown | $ 660,000.00 |

**Creditor's mailing address**

Attn: Manager, Agent, Officer

7170 NW 70 Terrace, Parkland, FL 33067

**Creditor's email address, if known**

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred** _____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority, if any.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 3,100,000.00

Debtor  Aerospace Precision, Inc.
        Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Lee Booth

_____

**Creditor's mailing address**

187 McGrew Drive
Burlington, NC 27215

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Warehouse and Transportation Equipment, Vehicles, Website: https://aerospace-precision-inc.business.site/, Steel, Chemicals, Repairs of Parts, Tooling, Miscellaneous, Office computer, equipment, Office fixture, Furniture

$3,100,000.00     $1,060,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Aerospace Precision, Inc.
_____
         Name

Case number (*if known*)_____

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bruce A Goodman PA<br>5531 N University Drive, Ste 101<br>Pompano Beach, FL, 33067 | Line 2. 3 | _____ |
| Joseph Frost<br>Buckmiller, Boyette & Frost, PLLC<br>4700 Six Forks Road, Ste 150<br>Raleigh, NC, 27609 | Line 2. 3 | _____ |
| Pierre Pinsonnault<br>801 Briny Ave, Apt 702<br>Pompano Beach, FL, 33062 | Line 2. 3 | _____ |
| Shutts & Bowman LLP<br>Attn: Manager, Agent, Officer<br>200 East Broward Blvd, Ste 2100<br>Fort Lauderdale, FL, 33301 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____Aerospace Precision, Inc._____

United States Bankruptcy Court for the: __Eastern District of North Carolina__

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Alamance County Tax Department<br>Attn: Manager, Agent, Officer<br>124 W. Elm St.<br>Graham, NC, 27253<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $ _____ |
| **2.2** | **Priority creditor's name and mailing address**<br>Florida Department of Revenue<br>Attn: Manager, Agent, Officer<br>5050 West Tennessee Street<br>Tallahassee, FL, 32399<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $ _____ |
| **2.3** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA, 19101-7346<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $ _____ |

Debtor   Aerospace Precision, Inc.
_____                    _____
         Name                                              Case number (if known)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.** 4   **Priority creditor's name and mailing address**

NC Department of Revenue
ATTN: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC, 27602-1168

Total claim: $ Unknown    Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.** ___   **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.** ___   **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.** ___   **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____Aerospace Precision, Inc._____
    Name

Case number (if known) _____

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                             **Amount of claim**

**3.1** | **Nonpriority creditor's name and mailing address**
1st Choice Aerospace
AKA VSE Aviation Services
3361 Enterprise Way
Hollywood, FL, 33025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,872.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
3CHEM CORPORATION
9002 NW 106th St
Miami, FL, 33178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 892.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
AAR EXPENDABLES
1100 North Wood Dale Road
Wood Dale, IL, 60191

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 820.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
ACCEL AVIATION ACCESSORIES LLC
11900 Lacy Ln
33966

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,927.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
ACTION PLATING CORP
1212-1230 Ali-Baba Avenue
Opa Locka, FL, 33054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 85.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
AERO INSTRUMENTS & AVIONICS, INC
3332 Walden Avenue Suite 100
Depew, NY, 14043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 11,268.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            

Debtor ___Aerospace Precision, Inc.___    Case number _(if known)_____
      Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.7** Nonpriority creditor's name and mailing address

AERO SUPPLIES INC
7486 Bath Road
Mississauga, ON L4T 1L2, Canada

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 940.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

AEROFAB NDT
8629 S 212th Street
Kent, WA, 98031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 250.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

AEROSPACE COATINGS INTERNATIONAL, LLC
370 Knight Drive
Oxford, AL, 36203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 8,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

AEROSPACE MAINTENANCE SUPPLIES & SERVICE
8161-8163 NW 91st Terrace
Miami, FL, 33166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 90.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

AEROSPACE TURBINE ROTABLES, INC
1919 E Northern Street
Wichita, KS, 67216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 39,140.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___Aerospace Precision, Inc._____    Case number _(if known)_____
            Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12  Nonpriority creditor's name and mailing address**

AEROXCHANGE LTD
1503 Lyndon B Johnson Fwy
Dallas, TX, 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 910.00

**3.13  Nonpriority creditor's name and mailing address**

AI INTELLECTUAL PROPERTY, LLC.
14936 Trend Drive
Dallas, TX, 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,860.00

**3.14  Nonpriority creditor's name and mailing address**

AIR FRANCE INDUSTRIES
45, rue de Paris
95 747 Roissy CDG Cedex

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,879.00

**3.15  Nonpriority creditor's name and mailing address**

AIR LIQUIDE ADVANCED TECHNOLOGIES
DIVISI
200 GBC Drive

Newark, DE, 19702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

**3.16  Nonpriority creditor's name and mailing address**

AIR LIQUIDE INDUSTRIAL US, LP
9811 Katy Freeway Suite 100
Houston, TX, 77024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 207,615.00

Debtor  Aerospace Precision, Inc.

Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.17** Nonpriority creditor's name and mailing address

AIRBUS NORTH AMERICA CUSTOMER SERVICE
2550 Wasser Terrace, Suite 9000
Herndon, VA, 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,469.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

AIRCON FLEET MANAGEMENT, CORP.
12334 SW 131st Avenue
Miami, FL, 33186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,272.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

AIRCRAFT COMPONENT REPAIR INC
25058 Anza Drive
Valencia, CA, 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,380.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

AIRCRAFT INVENTORY MANAGMENT & SERVICES
14936 Trend Drive
Dallas, TX, 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 350.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

AIRGAS - AN AIR LIQUIDE COMPANY
259 N Radnor Chester Rd, # 100
Wayne, PA, 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 72.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Aerospace Precision, Inc.
         _____
         Name                                          Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22**  Nonpriority creditor's name and mailing address

AIRGAS, INC.
4505 SW 36th St
Fort Lauderdale, FL, 33314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,913.00

---

**3.23**  Nonpriority creditor's name and mailing address

AIRMARK COMPONENTS, INC.
2701 SW 2nd Ave
Fort Lauderdale, FL, 33315

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,184.00

---

**3.24**  Nonpriority creditor's name and mailing address

ALLIED ELECTRONICS, INC.
7151 Jack Newell Blvd. S.
Fort Worth, TX, 76118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 236.00

---

**3.25**  Nonpriority creditor's name and mailing address

ALLSTREAM
18110 SE 34th Street, Bldg. One Suite
Vancouver, WA, 98683

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 748.00

---

**3.26**  Nonpriority creditor's name and mailing address

AMETEK AMERON, LLC DBA MASS SYSTEMS
4750 Littlejohn Street
Baldwin Park, CA, 91706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,073.00

---

Debtor    Aerospace Precision, Inc.
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.27**  Nonpriority creditor's name and mailing address

ANSETT AIRCRAFT SPARES & SVCS
12675 Encinitas Avenue
Sylmar, CA, 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 4,730.00

---

**3.28**  Nonpriority creditor's name and mailing address

AQUA CHILL OF SOUTH FLORIDA
135 Weston Rd. Unit 103
Weston, FL, 33326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 214.00

---

**3.29**  Nonpriority creditor's name and mailing address

AVAIR, INC.
6877 West Frye Road
Chandler, AZ, 85226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,800.00

---

**3.30**  Nonpriority creditor's name and mailing address

AVENIR AVIATION
9710 NW 110th Ave. Unit #6
Miami, FL, 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 25,650.00

---

**3.31**  Nonpriority creditor's name and mailing address

AVENTURE AVIATION SERVICES, LLC
108 International Drive
Peachtree City, GA, 30269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,350.00

---

Debtor _____Aerospace Precision, Inc._____
          Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.32** **Nonpriority creditor's name and mailing address**

AVIALL SERVICES, INC. FLORIDA
AKA Boeing Distribution Services Inc.
3350 Davie Rd., Ste 205 For CSC
Fort Lauderdale, FL, 33314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,496.00

---

**3.33** **Nonpriority creditor's name and mailing address**

AVIATION INSTRUMENTS REPAIR
SPECIALISTS
14316 Commerce Way
Hialeah, FL, 33016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17,992.00

---

**3.34** **Nonpriority creditor's name and mailing address**

AVIATION SUPPLIERS ASSOCIATION
2233 Wisconsin Ave NW # 503
Washington, DC, 20007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,450.00

---

**3.35** **Nonpriority creditor's name and mailing address**

AVIONICS SPECIALIST, INC.
3833 Premier Ave
Memphis, TN, 38118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,531.00

---

**3.36** **Nonpriority creditor's name and mailing address**

AVOCET AEROSPACE, INC.
2-55 Regan Rd, Brampton
Ontario, Canada, L7A1B2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,000.00

---

Debtor   Aerospace Precision, Inc.
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37**  Nonpriority creditor's name and mailing address

AVTEC USA, INC.
685 Trade Center Drive
Las Vegas, NV, 89119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 875.00

---

**3.38**  Nonpriority creditor's name and mailing address

AVTECH AVIONICS AND INSTRUMENTS LLC
7370 NW 35th St
Miami, FL, 33122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,885.00

---

**3.39**  Nonpriority creditor's name and mailing address

BARFIELD AERO, LLC
2200 NW 84th Ave
Miami, FL, 33122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 220.00

---

**3.40**  Nonpriority creditor's name and mailing address

BARFIELD AERO, LLC
4101 NW 29th St
Miami, FL, 33142

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,371.00

---

**3.41**  Nonpriority creditor's name and mailing address

BOEING COMPANY
POB 3707
Seattle, WA, 98124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 120,000.00

---

Debtor    Aerospace Precision, Inc.
Name

Case number *(if known)*_____

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42  **Nonpriority creditor's name and mailing address**

BOEING DISTRIBUTION, INC
POB 842267
Dallas, TX, 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42,446.20

---

**3.** 43  **Nonpriority creditor's name and mailing address**

BOMBARDIER BUSINESS AIRCRAFT -
WICHITA
SERVICE CENTER
1 Learjet Way
Wichita, KS, 67209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,000.00

---

**3.** 44  **Nonpriority creditor's name and mailing address**

CERTIFIED METAL FINISHING
1420 SW 28th Ave
Pompano Beach, FL, 33069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

**3.** 45  **Nonpriority creditor's name and mailing address**

COMP-AIR SERVICE CO.
13195 NW 38th Ave
Opa Locka, FL, 33054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 564.00

---

**3.** 46  **Nonpriority creditor's name and mailing address**

COTTAM & BROOKES ENGINEERING
WORLDWIDE
Unit D, North Court, First Ave
Trecenydd, Caerphilly CF83 2SD
United Kingdom

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,000.00

---

Debtor  Aerospace Precision, Inc.
        Name

Case number (if known)

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47**  Nonpriority creditor's name and mailing address

CRANE CORPORATION
100 First Stamford Place
Stamford, CT, 06902

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,000.00

---

**3.48**  Nonpriority creditor's name and mailing address

DASI - DIVERSIFIED AERO SERVICES, INC.
10000 NW 25th Street
Miami, FL, 33172

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,178.00

---

**3.49**  Nonpriority creditor's name and mailing address

DELTA TECH OPS
1775 M H Jackson Service Rd
Atlanta, GA, 30354

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,300.00

---

**3.50**  Nonpriority creditor's name and mailing address

DEPENDABLE PACKAGING SOLUTIONS, INC
5255 N.W. 159th Street
Hialeah, FL, 33014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 202.00

---

**3.51**  Nonpriority creditor's name and mailing address

DHL EXPRESS USA, INC
1210 S Pine Island Rd Suite 400
Fort Lauderdale, FL, 33324

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 243.00

---

Debtor   Aerospace Precision, Inc.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52  Nonpriority creditor's name and mailing address**

DSV ROAD, INC
12430 NW 25th Street, Ste 100
Miami, FL, 33182

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 4,100.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53  Nonpriority creditor's name and mailing address**

EDN AVIATION A VELOCITY AEROSPACE
GROUP
5352 NW 21st Terrace
Fort Lauderdale, FL, 33309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 395.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54  Nonpriority creditor's name and mailing address**

ELDEC CORPORATION
16700 13th Avenue
Lynnwood, WA, 98037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 7,449.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55  Nonpriority creditor's name and mailing address**

EULER HERMES NORTH AMERICA
INSURANCE CO
800 Red Brook Boulevard

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,992.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56  Nonpriority creditor's name and mailing address**

European Skybus (Aviation) LTD
European House, Hurn, East
Parley, Christchurch BH23
6EA, United Kingdom

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Aerospace Precision, Inc.                                    Case number *(if known)*_____
                   Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.57**  Nonpriority creditor's name and mailing address

FEDERAL EXPRESS CORPORATION
701 NW 62nd Ave
Miami, FL, 33126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 5,648.00

---

**3.58**  Nonpriority creditor's name and mailing address

FIELD INTERNATIONAL PTE LTD
4500 140th Avenue North, Ste 101
Clearwater, FL, 33762

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 3,238.00

---

**3.59**  Nonpriority creditor's name and mailing address

FLG AEROSPACE
2701 SW 145 Ave, Suite 200
Hollywood, FL, 33027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 150,000.00

---

**3.60**  Nonpriority creditor's name and mailing address

FLIGHTLINE DRUG TESTING
650 SW 34th St #301
Fort Lauderdale, FL, 33315

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 481.00

---

**3.61**  Nonpriority creditor's name and mailing address

FRANK BROWN & SON LUTON LTD
87-105 Wingate Road
Maidenhall, Luton LU4 8QA
United Kingdom

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 2,154.00

---

Debtor    Aerospace Precision, Inc.
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 62**  Nonpriority creditor's name and mailing address

GRG AIRCRAFT & LEASING, INC.
11990 Discovery Ct
Moorpark, CA, 93021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,000.00

---

**3. 63**  Nonpriority creditor's name and mailing address

HARTFORD INSURANCE
690 Asylum Avenue
Hartford, CT, 06155

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 689.00

---

**3. 64**  Nonpriority creditor's name and mailing address

HONEYWELL INTL INC
300 South Tryon Street
Charlotte, NC, 28202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,150.00

---

**3. 65**  Nonpriority creditor's name and mailing address

HYDRADYNE, LLC
8501 NW 64th Street
Miami, FL, 33166

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 247.00

---

**3. 66**  Nonpriority creditor's name and mailing address

HYDRO SYSTEMS USA INC.
7028 South 204th Street
Kent, WA, 98032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 86,000.00

---

Debtor  Aerospace Precision, Inc.
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.67** Nonpriority creditor's name and mailing address

ITS AMERICAS
1100 New Jersey Ave SE, Suite 850
Washington, DC, 20003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,072.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.68** Nonpriority creditor's name and mailing address

JDL INDUSTRIES, INC.
9500 NW 12th St #6
Miami, FL, 33172

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 266.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.69** Nonpriority creditor's name and mailing address

JOHNSON CONTROLS SECURITY
SOLUTIONS
5757 N. Green Bay Ave
P.O. Box 591
Milwaukee, WI, 53201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,195.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.70** Nonpriority creditor's name and mailing address

LEADING EDGE INSURANCE AGENCY (IPFS)
6745 Rangewood Dr # 200
Colorado Springs, CO, 80918

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,573.70

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.71** Nonpriority creditor's name and mailing address

LIFT AEROSPACE CORP
6960 NW 50th St
Miami, FL, 33166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor    Aerospace Precision, Inc.
          _____        Case number *(if known)*_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. 72  **Nonpriority creditor's name and mailing address**

LTC PRODUCTS, INC.
21346 Silvertree Ln
Trabuco Canyon, CA, 92679

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 125.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 73  **Nonpriority creditor's name and mailing address**

MAGELLAN EXPENDABLES
1901 Green Rd F
Pompano Beach, FL, 33064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 50.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 74  **Nonpriority creditor's name and mailing address**

MATHESON TRI-GAS, INC.
909 Lake Carolyn Pkwy
Irving, TX, 75039

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,000.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 75  **Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY COMPANY
600 County Line Road
Elmhurst, IL, 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,659.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 76  **Nonpriority creditor's name and mailing address**

MCT INDUSTRIES, INC.
1965 A1A South, #103
St. Augustine, FL, 32080

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 70,712.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Aerospace Precision, Inc._____     Case number _(if known)_____
           Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

METLIFE
200 Park Avenue
New York, NY, 10166

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,621.00

---

**3.78** Nonpriority creditor's name and mailing address

MIDAMERICAN AEROSPACE, LTD.
2727 16th Ave SW
Cedar Rapids, IA, 52404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,000.00

---

**3.79** Nonpriority creditor's name and mailing address

MIDAMERICAN AEROSPACE, LTD.
600 W 84th St
Hialeah, FL, 33014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,585.00

---

**3.80** Nonpriority creditor's name and mailing address

MINUTEMAN PRESS
61 Executive Boulevard
Farmingdale, NY, 11735

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 318.00

---

**3.81** Nonpriority creditor's name and mailing address

MODERN MACHINE COMPANY
1740 NW 22nd Ct #7
Pompano Beach, FL, 33069

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,320.00

---

Debtor _____
       Aerospace Precision, Inc.
       Name

Case number (*if known*)_____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** 82  **Nonpriority creditor's name and mailing address**

MOOG, INC.
400 Jamison Road
Elma, NY, 14059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 83  **Nonpriority creditor's name and mailing address**

NATIONWIDE LIFT TRUCKS INC
3900 N 28th Terrace
Hollywood, FL, 33020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 158.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 84  **Nonpriority creditor's name and mailing address**

NDT-SOLUTIONS, INC.
4044 N 30th Ave
Hollywood, FL, 33021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,600.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 85  **Nonpriority creditor's name and mailing address**

NEWARK CORPORATION
300 S. Riverside Plaza, Suite 2200
Chicago, IL, 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 124.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 86  **Nonpriority creditor's name and mailing address**

Newpark Mats & Integrated Services LLC
627 24 1/2 RD, Unit 1
Grand Junction, CO, 81505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,960.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Aerospace Precision, Inc._____   Case number *(if known)*_____
            Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** **87**  **Nonpriority creditor's name and mailing address**

OCEANS AVIATION
3123 Commerce Pkwy
Miramar, FL, 33025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,700.00

---

**3.** **88**  **Nonpriority creditor's name and mailing address**

OMA-OFFICINE MECCANICHE
AERONAUTICHE SPA
Via Cagliari 20 06034
Foligno, PG Italy

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 845.00

---

**3.** **89**  **Nonpriority creditor's name and mailing address**

PAR AVION LLC
10135 East Via Linda Suite D128
Scottsdale, AZ, 85258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 350.00

---

**3.** **90**  **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN CORPORATION
9225 Forsyth Park Drive
Charlotte, NC, 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 700.00

---

**3.** **91**  **Nonpriority creditor's name and mailing address**

PETERSEN PRODUCTS
421 Wheeler Ave
Fredonia, WI, 53021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 2,934.00

---

Debtor    Aerospace Precision, Inc.
          Name
                                          Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.92** Nonpriority creditor's name and mailing address

PNEU-TECH AEROSPACE INC
4121 Centerline Ln
Sanford, FL, 32773

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 956.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.93** Nonpriority creditor's name and mailing address

POWERTURBINE, INC.
3281 Grapevine St
Mira Loma, CA, 91752

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 125.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.94** Nonpriority creditor's name and mailing address

PRATT & WHITNEY COMPONENT
SOLUTIONS, INC
4905 Stariha Drive
Norton Shores, MI, 49441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,840.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.95** Nonpriority creditor's name and mailing address

PROPONENT (FKA KAPCO GLOBAL)
10601 State St
Fort Lauderdale, FL, 33321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,120.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.96** Nonpriority creditor's name and mailing address

QUILL CORPORATION
100 Schelter Road
Lincolnshire, IL, 60069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 271.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor   Aerospace Precision, Inc.
      Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.97**  Nonpriority creditor's name and mailing address

RBI CORP
10201 Cedar Ridge Dr
Ashland, VA, 23005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 838.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**  Nonpriority creditor's name and mailing address

RELIANCE AIRCRAFT INTERNATIONAL, INC.
9715 A300, Burnet Rd
Austin, TX, 78758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99**  Nonpriority creditor's name and mailing address

ROYAL TECHNICAL GROUP, INC.
800 Linden Street
Scranton, PA, 18510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**  Nonpriority creditor's name and mailing address

SAFE FUEL SYSTEMS, INC.
860 W 84th St
Hialeah, FL, 33014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 960.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101**  Nonpriority creditor's name and mailing address

SAFETY KLEEN SYSTEMS, INC.
42 Longwater Drive
Norwell, MA, 02061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,377.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Aerospace Precision, Inc.
_____
Name                                                    Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. **102**    **Nonpriority creditor's name and mailing address**

Seal Dynamics LLC
3000 Taft Street
Hollywood, FL, 33021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 15,047.65

---

3. **103**    **Nonpriority creditor's name and mailing address**

SERVICE BY AIR, INC.
700 S Renton Village Pl FL 7
Renton, WA, 98057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,350.00

---

3. **104**    **Nonpriority creditor's name and mailing address**

SHERWOOD AVIATION
4690 NW 128th St
Opa Locka, FL, 33054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 700.00

---

3. **105**    **Nonpriority creditor's name and mailing address**

SHIMADZU PRECISION INSTRUMENTS INC
3645 N Lakewood Blvd
Long Beach, CA, 90808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 166.00

---

3. **106**    **Nonpriority creditor's name and mailing address**

SQUARE ONE ARMORING SERVICES CO.
12370 SW 130th St
Miami, FL, 33186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 76,485.00

---

Debtor _____Aerospace Precision, Inc._____
     Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 107  **Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
125 Mushroom Blvd
Rochester, NY, 14623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,597.00

---

**3.** 108  **Nonpriority creditor's name and mailing address**

STEVEN ENTERPRISES GROUP, INC.
13551 SW 135th Ave # 304
Miami, FL, 33186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,440.00

---

**3.** 109  **Nonpriority creditor's name and mailing address**

STS COMPONENT SOLUTIONS, LLC.
2910 SW 42nd Ave
Palm City, FL, 34990

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,800.00

---

**3.** 110  **Nonpriority creditor's name and mailing address**

Superior Tradeshow Services Inc
11020 North Harmony Lake Cir
Fort Lauderdale, FL, 33324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,207.00

---

**3.** 111  **Nonpriority creditor's name and mailing address**

TACTAIR FLUID CONTROLS INC 4806 W Taft
Rd
TACTAIR FLUID CONTROLS INC 4806 W Taft
Rd
Liverpool, NY, 13088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,372.00

---

Debtor _____Aerospace Precision, Inc._____     Case number (if known)_____
            Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** **112**   **Nonpriority creditor's name and mailing address**

THIRD STONE, INC.
1835-D John Towers Ave
El Cajon, CA, 92020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,250.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **113**   **Nonpriority creditor's name and mailing address**

TOPCAST AVIATION USA, INC.
2100 S. Reservoir St
Pomona, CA, 91766

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,554.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **114**   **Nonpriority creditor's name and mailing address**

TURBO RESOURCES INT'L, INC.
2615 N Arizona Ave

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 85,225.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **115**   **Nonpriority creditor's name and mailing address**

UNICAL AVIATION, INC.
680 S Lemon Ave #680
Walnut, CA, 91789

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 8,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.** **116**   **Nonpriority creditor's name and mailing address**

VINCORION - JENOPTIK ADVANCED
SYSTEMS GM
Feldstraße 155,
22880 Wedel, Germany

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,987.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___Aerospace Precision, Inc._____   Case number _(if known)_____
            Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 117   **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT, INC.
800 Capitol Street, Suite 3000
Houston, TX, 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,408.00

---

**3.** 118   **Nonpriority creditor's name and mailing address**

WENCOR , LLC
416 Dividend Drive
Peachtree City, GA, 30269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,131.00

---

**3.** 119   **Nonpriority creditor's name and mailing address**

Xtreme Aviation Services LLC
14900 NW 42nd Avenue
Hangar 48
Opa Locka, FL, 33054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75.00

---

**3.** 120   **Nonpriority creditor's name and mailing address**

ZORO.COM
909 Asbury Drive
Buffalo Grove, IL, 60089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 923.00

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

Debtor  Aerospace Precision, Inc.
_____
Name

Case number *(if known)*_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Boeing Distribution Services Inc<br>3760 W 108th St<br>Hialeah, FL, 33018 | Line 3.32<br>☐ Not listed. Explain: | _____ |
| 4.2. | Crane Aerospace & Electronics<br>16700 13th Avenue<br>Lynnwood, WA, 98037 | Line 3.54<br>☐ Not listed. Explain | _____ |
| 4.3. | Lee B Gartner, PA<br>1440 Coral Ridge Drive Ste 221<br>Pompano Beach, FL, 33071 | Line 3.117<br>☐ Not listed. Explain | _____ |
| 4.4. | Marcadis Singer PA<br>5104 South Wesdtshore Blvd<br>Tampa, FL, 33611 | Line 3.15<br>☐ Not listed. Explain | _____ |
| 41. | Royal Technology Group<br>187 McGrew Drive, Building LG<br>Burlington, NC, 27215 | Line 3.99<br>☐ Not listed. Explain | _____ |
| 4.5. | Sprechman & Fisher, P.A.<br>2775 Sunny Isles Boulevard Ste 100<br>North Miami Beach, FL, 33160 | Line 3.102<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor ___Aerospace Precision, Inc._____     Case number *(if known)*_____
         Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ 1,294,056.85 |
| 5c.  **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 1,294,056.85 |

**Fill in this information to identify the case:**

Debtor name _Aerospace Precision, Inc._

United States Bankruptcy Court for the: _Eastern District of North Carolina_

Case number (If known): _____    Chapter _7_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Aerospace Precision, Inc.___

United States Bankruptcy Court for the: ___Eastern District of North Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Aerospace Precision, Inc.___

United States Bankruptcy Court for the: ___Eastern District of North Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br><sub>MM / DD / YYYY</sub> to | Filing date | ☑ Operating a business<br>☐ Other | $_____0.00 |
| **For prior year:** | From 01/01/2021<br><sub>MM / DD / YYYY</sub> to | 12/31/2021<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $___517,559.00 |
| **For the year before that:** | From 01/01/2020<br><sub>MM / DD / YYYY</sub> to | 12/21/2020<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $__3,957,566.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br><sub>MM / DD / YYYY</sub> to | Filing date | _____ | $_____0.00 |
| **For prior year:** | From 01/01/2021<br><sub>MM / DD / YYYY</sub> to | 12/31/2021<br><sub>MM / DD / YYYY</sub> | _____ | $_____0.00 |
| **For the year before that:** | From 01/01/2020<br><sub>MM / DD / YYYY</sub> to | 12/21/2020<br><sub>MM / DD / YYYY</sub> | _____ | $_____0.00 |

Debtor   Aerospace Precision, Inc.
_____   Case number (if known)_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   Aerospace Precision, Inc.
_____
Name

Case number *(if known)*_____

---

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:   Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jenna Property Holdings LLC vs. Aerospace Precision, Inc.<br><br>**Case number**<br>CACE21018046 | Contracts and Indebtedness | Broward County Circuit Court<br><br>201 SE 6th Street<br>Fort Lauderdale, FL 33301 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Seal Dynamics LLC vs. Aerospace Precision Inc.<br><br>**Case number**<br>COCE21043674 | Indebtedness | Broward County Circuit Court<br><br>201 SE 6th Street<br>Fort Lauderdale, FL 33301 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    Aerospace Precision, Inc.
_____    Case number *(if known)*_____
         Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Turning Point, LLC c/o Matthew A Lind<br>Custodian's name<br>9717 Front Street NE<br>Poulsbo, WA 98370 | _____ | $ 250,000.00 |
| | **Case title**<br>_____ | **Court name and address**<br>_____<br>Name |
| | **Case number**<br>_____ | |
| | **Date of order or assignment**<br>_____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____<br>_____ | $_____<br>$_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____<br>_____ | $_____<br>$_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor ___Aerospace Precision, Inc._____     Case number (*if known*)_____
Name

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Everett Gaskins Hancock LLP | | 01/20/2022 | $ 5,000.00 |
| | **Address** | | | |
| | Attn: William Kroll<br>PO Box 911<br>Raleigh, NC 27602 | | | |
| | **Email or website address**<br>bill@eghlaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Lee Booth | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.2. | David A Ray, P.A. | | _____ | $ 6,438.00 |
| | **Address**<br>303 Southwest 6th Street<br>Fort Lauderdale, FL 33315 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | _____ | $_____ |
| **Trustee** | | | |

Debtor    Aerospace Precision, Inc.
          _____        Case number (if known) _____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 2851 Evans Street<br>Hollywood, FL 33020 | From | 09/01/2019 | To  01/20/2022 |
| 14.2. | | From | _____ | To  _____ |

Debtor   Aerospace Precision, Inc.
_____    Case number (if known)_____
         Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor   Aerospace Precision, Inc.                                    Case number (if known)_____
              Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | J.P. Morgan Chase Bank<br>Name | XXXX– 8043 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 10/24/2021 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Aerospace Precision, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

**Part 12:**   **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor      Aerospace Precision, Inc.
            _____      Case number (if known) _____
            Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

**Part 13:**     **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.2. | Business name and address <br><br> _____ <br> Name | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. <br><br> EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.3. | Business name and address <br><br> _____ <br> Name | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. <br><br> EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |

---

Debtor      Aerospace Precision, Inc.
            _____      Case number (if known)_____
            Name

```
┌─────────────────────────────────────────────────────────────────────────────────────────────────┐
│                                                                                                   │
```

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Turning Point LLC<br>Name | From _____<br><br>To _____ |
| 26a.2. | William Palmer, CPA<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | Name | From _____<br><br>To _____ |
| 26b.2. | Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | JENNA PROPERTY HOLDINGS, LLC c/o Shutts & Bowman LLP<br>Name<br>200 East Broward Blvd, Ste 2100, Fort Lauderdale, FL 33301 | |

Debtor     Aerospace Precision, Inc.
_____     Case number (if known)_____
           Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Geddes Chucka PLLC<br>Name<br>12505 Bel-Red Road, Ste 110, Bellevue, WA 98005 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Unknown | _____ | $ Unknown |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Moecker Auctions<br>Name<br>1883 Marina Mile Blvd., Suite 106<br>Fort Lauderdale, FL 33315 |

Debtor   Aerospace Precision, Inc.
_____   Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.   _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lee Booth | 187 McGrew Dr, Burlington, NC 27215 | Accountable Manager | 93.333334 |
| Pierre Pinsonnault | 801 Briny Ave, Apt 702, Pompano Beach, FL 33062 | None | 6.6666667 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Lee Booth | 45,000.00 | _____ | Salary ($40,000); Secured loan payment ($5,000) |
| Name | | | |
| 187 McGrew Dr | | _____ | |
| Burlington, NC 27215 | | | |
| | | _____ | |
| Relationship to debtor | | | |
| Owner/Employee | | _____ | |

Debtor    Aerospace Precision, Inc.                                                    Case number *(if known)*_____
          Name

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | _____ | | _____ |
| | Name | | | _____ |
| | | | | _____ |
| | | | | _____ |
| | Relationship to debtor | | | _____ |
| | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Turning Point LLC | EIN: _____ |

---

**Part 14:      Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/20/2022
               MM  /  DD  / YYYY

✖ /s/ Lee Booth                                              Printed name    Lee Booth
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Accountable Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

---

Debtor Name ___Aerospace Precision, Inc._____          Case number (*if known*)_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Jenna Property Holdings LLC vs. Aerospace Precision, Inc.**

**COCE21040080**

**Removal of Tenant**
**Non-Residential**

**Broward County Circuit Court**

**201 SE 6th Street, Fort Lauderdale, FL 33301**

Pending

-------

**Waste Management Inc of Florida vs. Aerospace Precision Inc.**

**CONO21008581**

**Indebtedness**

**Broward County Circuit Court**

**201 SE 6th Street, Fort Lauderdale, FL 33301**

Pending

-------

**Air Liquide Advanced Technologies U.S. LLC, vs. Aerospace Precision Inc.**

**CACE21004889**

**Indebtedness**

**Broward County Circuit Court**

**201 SE 6th Street, Fort Lauderdale, FL 33301**

Concluded

-------

**Lee Booth Vs. Aerospace Precision, Inc. and Pinsonnault, Pierre**

**CACE20013017**

**Foreign Judgment**

**Broward County Circuit Court**

**201 SE 6th Street, Fort Lauderdale, FL 33301**

Concluded

-------

Debtor Name   Aerospace Precision, Inc.

Case number *(if known)*

## Continuation Sheet for Official Form 207

**17) Pension Contributions**

**Turning Point LLC**

**LP Financial LTD**


**26c) Records keepers**

**Terry L Ziegler, CPA**          **POB 1614, Tacoma, WA 98401**

**Jason D Kors, CPA**             **POB 1614, Tacoma, WA 98401**


**32) Pension Contributions**

**LP Financial LTD**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** North Carolina - Eastern

In re Aerospace Precision, Inc.

_____
(Debtor(s))

Case No. _____
Chapter 7 _____

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for Aerospace Precision, Inc.

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

01/20/2022
_____
Date

William Kroll
_____
Statement of attorney or Litigant

**EASTERN DISTRICT OF NORTH CAROLINA**

| In re: Debtor(s) | Aerospace Precision, Inc. | Case No. | |
|---|---|---|---|

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DeBN)

### CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:

☐ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time.

☒ **DECLINE REQUEST:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email)

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

☐    I have a new email address as indicated below.

☐    I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐    I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U. S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

*Joint debtors who each request enrollment or already have a DeBN account must file separate forms.*

Signature: _____    Date: 01-02-2020

Printed Name (and title if not the debtor): Lee Booth, Acountable Manager

Email Address (type or print clearly): n/a

For more information about the DeBN program, visit the Court's website at: www.nceb.uscourts.gov.

United States Bankruptcy Court

Eastern District of North Carolir

In re: Aerospace Precision, Inc.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

      The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____01/20/2022_____

/s/ Lee Booth
_____
Signature of Individual signing on behalf of debtor

Accountable Manager
_____
Position or relationship to debtor

1st Choice Aerospace
AKA VSE Aviation Services
3361 Enterprise Way
Hollywood, FL 33025

3CHEM CORPORATION
9002 NW 106th St
Miami, FL 33178

AAR EXPENDABLES
1100 North Wood Dale Road
Wood Dale, IL 60191

ACCEL AVIATION ACCESSORIES LLC
11900 Lacy Ln

ACTION PLATING CORP
1212-1230 Ali-Baba Avenue
Opa Locka, FL 33054

AERO INSTRUMENTS & AVIONICS, INC
3332 Walden Avenue Suite 100
Depew, NY 14043

AERO SUPPLIES INC
7486 Bath Road
Mississauga, ON L4T 1L2, Canada

AEROFAB NDT
8629 S 212th Street
Kent, WA 98031

AEROSPACE COATINGS INTERNATIONAL, LLC
370 Knight Drive
Oxford, AL 36203

AEROSPACE MAINTENANCE SUPPLIES & SERVICE
8161-8163 NW 91st Terrace
Miami, FL 33166

AEROSPACE TURBINE ROTABLES, INC
1919 E Northern Street
Wichita, KS 67216

AEROXCHANGE LTD
1503 Lyndon B Johnson Fwy
Dallas, TX 75234

AI INTELLECTUAL PROPERTY, LLC.
14936 Trend Drive
Dallas, TX 75234

AIR FRANCE INDUSTRIES
45, rue de Paris
95 747 Roissy CDG Cedex

AIR LIQUIDE ADVANCED TECHNOLOGIES DIVISI
200 GBC Drive
Newark, DE 19702

AIR LIQUIDE INDUSTRIAL US, LP
9811 Katy Freeway Suite 100
Houston, TX 77024

AIRBUS NORTH AMERICA CUSTOMER SERVICE
2550 Wasser Terrace, Suite 9000
Herndon, VA 20171

AIRCON FLEET MANAGEMENT, CORP.
12334 SW 131st Avenue
Miami, FL 33186

AIRCRAFT COMPONENT REPAIR INC
25058 Anza Drive
Valencia, CA 91355

AIRCRAFT INVENTORY MANAGMENT & SERVICES
14936 Trend Drive
Dallas, TX 75234

AIRGAS - AN AIR LIQUIDE COMPANY
259 N Radnor Chester Rd, # 100
Wayne, PA 19087

AIRGAS, INC.
4505 SW 36th St
Fort Lauderdale, FL 33314

AIRMARK COMPONENTS, INC.
2701 SW 2nd Ave
Fort Lauderdale, FL 33315

Alamance County Tax Department
Attn: Manager, Agent, Officer
124 W. Elm St.
Graham, NC 27253

ALLIED ELECTRONICS, INC.
7151 Jack Newell Blvd. S.
Fort Worth, TX 76118

ALLSTREAM
18110 SE 34th Street, Bldg. One Suite
Vancouver, WA 98683

AMETEK AMERON, LLC DBA MASS SYSTEMS
4750 Littlejohn Street
Baldwin Park, CA 91706

ANSETT AIRCRAFT SPARES & SVCS
12675 Encinitas Avenue
Sylmar, CA 91342

AQUA CHILL OF SOUTH FLORIDA
135 Weston Rd. Unit 103
Weston, FL 33326

Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

AVAIR, INC.
6877 West Frye Road
Chandler, AZ 85226

AVENIR AVIATION
9710 NW 110th Ave. Unit #6
Miami, FL 33178

AVENTURE AVIATION SERVICES, LLC
108 International Drive
Peachtree City, GA 30269

AVIALL SERVICES, INC. FLORIDA
AKA Boeing Distribution Services Inc.
3350 Davie Rd., Ste 205 For CSC
Fort Lauderdale, FL 33314

AVIATION INSTRUMENTS REPAIR SPECIALISTS
14316 Commerce Way
Hialeah, FL 33016

AVIATION SUPPLIERS ASSOCIATION
2233 Wisconsin Ave NW # 503
Washington, DC 20007

AVIONICS SPECIALIST, INC.
3833 Premier Ave
Memphis, TN 38118

AVOCET AEROSPACE, INC.
2-55 Regan Rd, Brampton
Ontario, Canada, L7A1B2

AVTEC USA, INC.
685 Trade Center Drive
Las Vegas, NV 89119

AVTECH AVIONICS AND INSTRUMENTS LLC
7370 NW 35th St
Miami, FL 33122

BARFIELD AERO, LLC
2200 NW 84th Ave
Miami, FL 33122

BARFIELD AERO, LLC
4101 NW 29th St
Miami, FL 33142

BOEING COMPANY
POB 3707
Seattle, WA 98124

Boeing Distribution Services Inc
3760 W 108th St
Hialeah, FL 33018

BOEING DISTRIBUTION, INC
POB 842267
Dallas, TX 75284

BOMBARDIER BUSINESS AIRCRAFT - WICHITA
SERVICE CENTER
1 Learjet Way
Wichita, KS 67209

Broward County Tax Collector
Attn: Manager, Officer, Agent
115 S Andrews Ave Room A100
Fort Lauderdale, FL 33301

Bruce A Goodman PA
5531 N University Drive, Ste 101
Pompano Beach, FL 33067

C. David Tangora, P.A.
200 SE 18th Court
Fort Lauderdale, FL 33316

CERTIFIED METAL FINISHING
1420 SW 28th Ave
Pompano Beach, FL 33069

COMP-AIR SERVICE CO.
13195 NW 38th Ave
Opa Locka, FL 33054

COTTAM & BROOKES ENGINEERING WORLDWIDE
Unit D, North Court, First Ave
Trecenydd, Caerphilly CF83 2SD
United Kingdom,

Crane Aerospace & Electronics
16700 13th Avenue
Lynnwood, WA 98037

CRANE CORPORATION
100 First Stamford Place
Stamford, CT 06902

DASI - DIVERSIFIED AERO SERVICES, INC.
10000 NW 25th Street
Miami, FL 33172

DELTA TECH OPS
1775 M H Jackson Service Rd
Atlanta, GA 30354

DEPENDABLE PACKAGING SOLUTIONS, INC
5255 N.W. 159th Street
Hialeah, FL 33014

DHL EXPRESS USA, INC
1210 S Pine Island Rd Suite 400
Fort Lauderdale, FL 33324

DSV ROAD, INC
12430 NW 25th Street, Ste 100
Miami, FL 33182

EDN AVIATION A VELOCITY AEROSPACE GROUP
5352 NW 21st Terrace
Fort Lauderdale, FL 33309

ELDEC CORPORATION
16700 13th Avenue
Lynnwood, WA 98037

EULER HERMES NORTH AMERICA INSURANCE CO
800 Red Brook Boulevard

European Skybus (Aviation) LTD
European House, Hurn, East
Parley, Christchurch BH23
6EA, United Kingdom,

Federal Aviation Administration, Enforcement
Attn: David F. Shayne
2895 SW 145th Ave, Suite 120
Miramar, FL 33027

FEDERAL EXPRESS CORPORATION
701 NW 62nd Ave
Miami, FL 33126

FIELD INTERNATIONAL PTE LTD
4500 140th Avenue North, Ste 101
Clearwater, FL 33762

FLG AEROSPACE
2701 SW 145 Ave, Suite 200
Hollywood, FL 33027

FLIGHTLINE DRUG TESTING
650 SW 34th St #301
Fort Lauderdale, FL 33315

Florida Department of Revenue
Attn: Manager, Agent, Officer
5050 West Tennessee Street
Tallahassee, FL 32399

FRANK BROWN & SON LUTON LTD
87-105 Wingate Road
Maidenhall, Luton LU4 8QA
United Kingdom,

GRG AIRCRAFT & LEASING, INC.
11990 Discovery Ct
Moorpark, CA 93021

HARTFORD INSURANCE
690 Asylum Avenue
Hartford, CT 06155

HONEYWELL INTL INC
300 South Tryon Street
Charlotte, NC 28202

HYDRADYNE, LLC
8501 NW 64th Street
Miami, FL 33166

HYDRO SYSTEMS USA INC.
7028 South 204th Street
Kent, WA 98032

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

ITS AMERICAS
1100 New Jersey Ave SE, Suite 850
Washington, DC 20003

Jason Dickstein, Esq.
Aviation Law Group PC
2233 Wisconsin Ave, Ste 503
Washington, DC 20007

JDL INDUSTRIES, INC.
9500 NW 12th St #6
Miami, FL 33172

Jenna Property Holdings, LLC
Attn: Manager, Agent, Officer
7170 NW 70 Terrace
Parkland, FL 33067

JOHNSON CONTROLS SECURITY SOLUTIONS
5757 N. Green Bay Ave
P.O. Box 591
Milwaukee, WI 53201

Joseph Frost
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road, Ste 150
Raleigh, NC 27609

Josh Stein, Attorney General
State of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

LEADING EDGE INSURANCE AGENCY (IPFS)
6745 Rangewood Dr # 200
Colorado Springs, CO 80918

Lee B Gartner, PA
1440 Coral Ridge Drive Ste 221
Pompano Beach, FL 33071

Lee Booth
187 McGrew Drive
Burlington, NC 27215

LIFT AEROSPACE CORP
6960 NW 50th St
Miami, FL 33166

LTC PRODUCTS, INC.
21346 Silvertree Ln
Trabuco Canyon, CA 92679

MAGELLAN EXPENDABLES
1901 Green Rd F
Pompano Beach, FL 33064

Marcadis Singer PA
5104 South Wesdtshore Blvd
Tampa, FL 33611

MATHESON TRI-GAS, INC.
909 Lake Carolyn Pkwy
Irving, TX 75039

MCMASTER-CARR SUPPLY COMPANY
600 County Line Road
Elmhurst, IL 60126

MCT INDUSTRIES, INC.
1965 A1A South, #103
St. Augustine, FL 32080

METLIFE
200 Park Avenue
New York, NY 10166

MIDAMERICAN AEROSPACE, LTD.
2727 16th Ave SW
Cedar Rapids, IA 52404

MIDAMERICAN AEROSPACE, LTD.
600 W 84th St
Hialeah, FL 33014

MINUTEMAN PRESS
61 Executive Boulevard
Farmingdale, NY 11735

MODERN MACHINE COMPANY
1740 NW 22nd Ct #7
Pompano Beach, FL 33069

Moecker Auctions
Attn: Manager, Agent, Officer
1883 Marina Mile Blvd., Suite 106
Fort Lauderdale, FL 33315

MOOG, INC.
400 Jamison Road
Elma, NY 14059

NATIONWIDE LIFT TRUCKS INC
3900 N 28th Terrace
Hollywood, FL 33020

NC Department of Revenue
ATTN: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

NDT-SOLUTIONS, INC.
4044 N 30th Ave
Hollywood, FL 33021

NEWARK CORPORATION
300 S. Riverside Plaza, Suite 2200
Chicago, IL 60606

Newpark Mats & Integrated Services LLC
627 24 1/2 RD, Unit 1
Grand Junction, CO 81505

OCEANS AVIATION
3123 Commerce Pkwy
Miramar, FL 33025

OMA-OFFICINE MECCANICHE
AERONAUTICHE SPA
Via Cagliari 20 06034
Foligno, PG Italy,

PAR AVION LLC
10135 East Via Linda Suite D128
Scottsdale, AZ 85258

PARKER HANNIFIN CORPORATION
9225 Forsyth Park Drive
Charlotte, NC 28273

PETERSEN PRODUCTS
421 Wheeler Ave
Fredonia, WI 53021

Pierre Pinsonnault
801 Briny Ave, Apt 702
Pompano Beach, FL 33062

PNEU-TECH AEROSPACE INC
4121 Centerline Ln
Sanford, FL 32773

POWERTURBINE, INC.
3281 Grapevine St
Mira Loma, CA 91752

PRATT & WHITNEY COMPONENT SOLUTIONS, INC
4905 Stariha Drive
Norton Shores, MI 49441

PROPONENT (FKA KAPCO GLOBAL)
10601 State St
Fort Lauderdale, FL 33321

QUILL CORPORATION
100 Schelter Road
Lincolnshire, IL 60069

RBI CORP
10201 Cedar Ridge Dr
Ashland, VA 23005

RELIANCE AIRCRAFT INTERNATIONAL, INC.
9715 A300, Burnet Rd
Austin, TX 78758

ROYAL TECHNICAL GROUP, INC.
800 Linden Street
Scranton, PA 18510

Royal Technology Group
187 McGrew Drive, Building LG
Burlington, NC 27215

SAFE FUEL SYSTEMS, INC.
860 W 84th St
Hialeah, FL 33014

SAFETY KLEEN SYSTEMS, INC.
42 Longwater Drive
Norwell, MA 02061

Seal Dynamics LLC
3000 Taft Street
Hollywood, FL 33021

Secretary of Treasury
Attn: Manager, Agent, Officer
1500 Pennsylvania Ave NW
Washington, DC 20220

Securities & Exchange Commission
Office of Reorganization
950 E. Paces Ferry Rd NE 900
Atlanta, GA 30326-1382

SERVICE BY AIR, INC.
700 S Renton Village Pl FL 7
Renton, WA 98057

SHERWOOD AVIATION
4690 NW 128th St
Opa Locka, FL 33054

SHIMADZU PRECISION INSTRUMENTS INC
3645 N Lakewood Blvd
Long Beach, CA 90808

Shutts & Bowman LLP
Attn: Manager, Agent, Officer
200 East Broward Blvd, Ste 2100
Fort Lauderdale, FL 33301

Sprechman & Fisher, P.A.
2775 Sunny Isles Boulevard Ste 100
North Miami Beach, FL 33160

SQUARE ONE ARMORING SERVICES CO.
12370 SW 130th St
Miami, FL 33186

STAPLES ADVANTAGE
125 Mushroom Blvd
Rochester, NY 14623

STEVEN ENTERPRISES GROUP, INC.
13551 SW 135th Ave # 304
Miami, FL 33186

STS COMPONENT SOLUTIONS, LLC.
2910 SW 42nd Ave
Palm City, FL 34990

Superior Tradeshow Services Inc
11020 North Harmony Lake Cir
Fort Lauderdale, FL 33324

TACTAIR FLUID CONTROLS INC 4806 W Taft Rd
TACTAIR FLUID CONTROLS INC 4806 W Taft R
Liverpool, NY 13088

THIRD STONE, INC.
1835-D John Towers Ave
El Cajon, CA 92020

TOPCAST AVIATION USA, INC.
2100 S. Reservoir St
Pomona, CA 91766

TURBO RESOURCES INT'L, INC.
2615 N Arizona Ave

U.S. Attorney, EDNC
Attn: Civil Process Clerk
150 Fayetteville St, Sue 2100
Raleigh, NC 27601-2959

UNICAL AVIATION, INC.
680 S Lemon Ave #680
Walnut, CA 91789

VINCORION - JENOPTIK ADVANCED SYSTEMS GM
Feldstraße 155,
22880 Wedel, Germany

WASTE MANAGEMENT, INC.
800 Capitol Street, Suite 3000
Houston, TX 77002

WENCOR , LLC
416 Dividend Drive
Peachtree City, GA 30269


Xtreme Aviation Services LLC
14900 NW 42nd Avenue
Hangar 48
Opa Locka, FL 33054


ZORO.COM
909 Asbury Drive
Buffalo Grove, IL 60089

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of North Carolina

**In re** Aerospace Precision, Inc.

Case No. _____

**Debtor**

Chapter <u>7</u> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] <u>FLAT FEE</u>

  For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>4,662.00</u>

  Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

  Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>4,662.00</u>

[ ] <u>RETAINER</u>

  For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ _____

  The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

  [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

  [ ] Debtor          [✔] Other (specify)  Lee Booth

3.  The source of compensation to be paid to me is:

  [✔] Debtor          [ ] Other (specify)

4.  [✔]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  [ ]  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Negotiations with secured creditors to reduce to market value; and

e. Exemption planning.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

a. Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; and

b. Reaffirmation agreements, if applicable.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/20/2022

*Date*

/s/ William Kroll, 39149

*Signature of Attorney*

Everett Gaskins Hancock LLP

*Name of law firm*
220 Fayetteville Street
300
Raleigh, NC 27601
9197550025
bill@eghlaw.com